UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Summer Michelle Rollins,

Plaintiff,

v.

Anoka County, et al.

Defendants.

Civil File No. 14-cv-00299 SRN/HB

**CERTIFICATE OF SERVICE**

---

I hereby certify that on August 3, 2015 I caused the following proposed order:

**[PROPOSED] ORDER**

to be filed with the court via email to the following judge:

The Honorable Hildy Bowbeer, bowbeer_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed as noted below to the following:

Beth A Stack beth.stack@hennepin.us
Bryan D Frantz bryan.frantz@co.anoka.mn.us
Daniel D Kaczor daniel.d.kaczor@co.hennepin.mn.us
Erin E Benson eeb@ratwiklaw.com
Jon K Iverson jon@irc-law.com, bonnie@irc-law.com
Kara M Kisch meghan.kisch@ci.stpaul.mn.us
Kimberly R Parker kimberly.parker@co.ramsey.mn.us
Margaret A Skelton mas@ratwiklaw.com
Robert B Roche robert.roche@co.ramsey.mn.us
Stephanie A Angolkar stephanie@irc-law.com
Susan M Tindal susan@irc-law.com
Timothy A Sullivan tas@ratwiklaw.com
Toni A Beitz toni.beitz@hennepin.us

Dated: August 3, 2015

s/Andrew Larson-Wille