# TEST SAMPLE ORDER