UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA, )
)
)
Plaintiff, )
) **Answer**
v. )
)
)
, )
Defendant. )
)