# Exhibit 1
# Exhibit A