# Interpreter Confirmation

**The following information confirms services ordered by the U.S. District Court for the District of Minnesota for contract court interpreting.**

**GENERAL INFORMATION:**
Date Scheduled: 7/31/2023
Name of Requestor: TESTING NEW FORM

**SERVICE INFORMATION:**
Name of Agency: ASL Interpreting Services
Name of Interpreter: TESTING NEW FORM
Language: TESTING NEW FORM
Date of Service: 7/31/2023
Time of Service: 8:00 AM
Location of Hearing: Audio Conference
Case Number: 0:09−mc−00081
Case: USA v XYZ Corp.
Travel Required: No
Estimated Duration of Assignment: TESTING NEW FORM
Estimated Cost of Service: $ 190 Language Skilled Half Day