This is test filing and document.