Disregard this filing, but don't disregard this...

# Happy Holidays

