





# Love

# Pet

# Island

