





Love

Pet

Island